PAUL LEVINE, Appellant, v. JEANNETTE LEVINE, Respondent.— Judgment of separation upon defendant's counterclaim in an action for annulment of marriage, unanimously affirmed, with costs. There is no proof in this record sufficient to warrant a finding that respondent had deserted the appellant or abandoned their home with intent not to return, prior to the commencement by appellant of this action for annulment for fraud; nor is that alleged as a

defense to the counterclaim. Present — Carswell, Acting P. J., Johnston, Adel, Sneed and Wenzel, JJ.